UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CARROLL,

          Plaintiff,

   v.

KELSEY STEWART, JANE DOE,

          Defendants.

CASE NO. C15-5170 BHS-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

      The Court granted plaintiff in forma pauperis status and ordered the clerk's office to attempt to serve the action by mail (Dkt. 4 and 6). Mail from the clerk's office, sent to defendant Stewart, has been returned with a notation that defendant Stewart is not at the address supplied by plaintiff (Dkt. 7).

      The Court orders that plaintiff provide an address where the Court can serve defendant Stewart. Plaintiff must provide an address for defendant Stewart on or before May 1, 2015.

ORDER - 1

1  Failure to provide an address may result in dismissal of this action for failure to comply with a court order and failure to prosecute.

Dated this 30th day of March, 2015.

*[signature]*

J. Richard Creatura
United States Magistrate Judge