1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

3

4

MICHAEL CARROLL,

                              Plaintiff,

CASE NO. C15-5170 BHS-JRC

5

6

v.

KELSEY STEWART, et al.,

ORDER ADOPTING REPORT
AND RECOMMENDATION

7

                              Defendants.

8

9          This matter comes before the Court on the Report and Recommendation ("R&R")

10   of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 29. The Court

11   having considered the R&R and the remaining record, and no objections having been

12   filed, does hereby find and order as follows:

13          (1)     The R&R is **ADOPTED**;

14          (2)     Defendants' motion to dismiss (Dkt. 17) is **DENIED as moot**; and

15          (3)     This matter is re-referred to Magistrate Judge J. Richard Creatura for

16   further proceedings.

17          Dated this 25th day August, 2015.

18

19

20                                              BENJAMIN H. SETTLE
                                                United States District Judge

21

22

ORDER