UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CARROLL,

        Plaintiff,

   v.

KELSEY STEWART et al.,

        Defendants.

CASE NO. 3:15-CV-05170-BHS-JRC

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANTS

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. 4) and filed a complaint (Dkt. 5). On September 21, 2015, the Court directed service of plaintiff's amended complaint (Dkt. 31) on the named defendants. Dkt. 34. The Clerk's Office attempted to locate the proper service addresses for each defendant and mailed them the complaint and waivers of service forms. However, the return of services sent to defendants Charles Mitchell, Nina Jackson, Juan Jose Hernandez, and Rocky, CCO were returned to the Court marked "Not at WCC [Washington

1  Corrections Center];" and "unknown" or "not known." *See* Dkts. 35, 36, 37, 38. Because service has

2  not been effected, personal jurisdiction over defendants Mitchell, Jackson, Hernandez, and

3  Rocky, CCO does not exist and the Court has no authority over them at this time.

4        Plaintiff is directed to provide the complete addresses for defendants Mitchell, Jackson,

5  Hernandez, and Rocky, CCO so the Court can again attempt service by mail. These addresses

6  must be provided to the Court on or before November 30, 2015 or the Court will recommend

7  dismissal of this action for failure to prosecute as to the unserved defendants.

8        Dated this 29th day of October, 2015.

                            J. Richard Creatura
                            United States Magistrate Judge