UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CARROLL,

        Plaintiff,

v.

KELSEY STEWART, et al.,

        Defendant.

CASE NO. 3:15-CV-05170-BHS-JRC

ORDER

On January 4, 2017, the Court directed the parties to submit supplemental briefing with respect to one of plaintiff's claims – whether his due process rights were violated between January 25, 2013 and February 27, 2013. Dkt. 87. The Court re-noted defendants' first and second motions for summary judgment for February 14, 2017. *Id. See also* Dkts. 52, 80.

On January 10, 2017, plaintiff filed a motion to clarify. Dkt. 88. Plaintiff moves the Court to clarify that on February 27, 2013, he was arrested and served three days in jail pursuant to a Department of Corrections warrant. Dkt. 88. The Court construes plaintiff's motion as a part of his supplemental brief in response to the Court's January 4, 2017 Order and to this extent, plaintiff's motion (Dkt. 88) is granted. The Court will consider plaintiff's motion (Dkt. 88) and

ORDER - 1

1 | his subsequently filed supplemental brief (Dkt. 90) in ruling on defendants' first and second
2 | motions for summary judgment, Dkts. 52, 80.
3 | Dated this 27th day of February, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2