UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL CARROLL,<br><br>    Plaintiff,<br><br> v.<br><br>KELSEY STEWART, et al.,<br><br>    Defendants. | CASE NO. C15-5170BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 94. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**;

(2)  Defendants' second motion for summary judgment (Dkt. 80) is **GRANTED** and plaintiff's claims are dismissed; and

(3)  Defendants' first motion for summary judgment (Dkt. 52) is **DENIED** as duplicative.

Dated this 18th day of April, 2017.

              _____
              BENJAMIN H. SETTLE
              United States District Judge